**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000585
25-APR-2024
08:05 AM
Dkt. 89 OCOR**

NO. CAAP-22-0000585

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

---oOo---

ALPHA, INC., Petitioner-Appellant-Appellant, v.
BOARD OF WATER SUPPLY, CITY AND COUNTY OF
HONOLULU, Respondent-Appellee-Appellee, and
BEYLIK/ENERGETIC A JV, Intervenor-Appellee-Appellee,
and OFFICE OF ADMINISTRATIVE HEARINGS,
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS,
STATE OF HAWAII, Appellee-Appellee,

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-22-0000929)

AMENDED ORDER OF CORRECTION
(By: Wadsworth, J., for the court[1])

IT IS HEREBY ORDERED that the Opinion of the Court filed on December 29, 2023, is corrected as follows:

On page 11, second paragraph of the block quote, line 2, replace the space between the letters "a" and "s" at the end of the word "Alpha" with an apostrophe so that the line reads:

of BWS'[s] chief procurement officer in that Alpha's low Bid

On page 12, line 12 from the top of the page, replace the upper case "C" in the word "Court" with a lower case "c" so that the line reads:

---

[1] Leonard, Acting Chief Judge, and Wadsworth and Nakasone, JJ.

has not been waived and may be addressed by this court.  See
HRS

On page 19, in line 8 of footnote 8, insert "(SDO)" after the closing parenthesis and before the opening parenthesis so that the line reads:

29, 2013) (SDO) ("Hawaiʻi courts have consistently held that a court's review of an

On page 21, in line 1 of footnote 11, replace the lower case "c" with an upper case "C" in the word "court" so that the reads:

[11/]     The Hawaiʻi Supreme Court has defined waiver as "an intentional

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this correction.

DATED:  Honolulu, Hawaiʻi, April 25, 2024.

/s/ Clyde J. Wadsworth
Associate Judge